**Deleted** false
**Body**
**Attachments** sticker.png (1389285681352630)
  **Type** image/png
  **Size** 0
  **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=8c7039addafa174eb06882667e16ffe3&mid=mid.1397094190893%3A71658e82a74adc6372&uid=100002647935197&accid=100002647935197&preview=0&hash=AQCT3VpolvDZ4z303KUp5WnF1NIHf9J_U5_JqEnAZD_aiA



**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-04-22 12:42:39 UTC
**Deleted** false
**Body** http://youtu.be/g6BIGBUowLo

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-07 14:45:10 UTC
**Deleted** false
**Body**

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-07 14:56:34 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-07 15:00:04 UTC
**Deleted** false
**Body** Esselamu Alejkum akhi moj. Zovime kad mognes imam dobre vjesti insAllah.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-07 15:01:18 UTC
**Deleted** false
**Body** alejkumu selam in sha Allah

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-07 15:04:23 UTC
**Deleted** false
**Body** Hajde mozes li sad nazvati

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-07 15:07:04 UTC
**Deleted** false



GOVERNMENT EXHIBIT 2

| | |
|---|---|
| **Body** | mogu sacekaj min |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author** | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent** | 2014-05-07 15:07:35 UTC |
| **Deleted** | false |
| **Body** | Ok |

| | |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-10 12:31:58 UTC |
| **Deleted** | false |
| **Body** | |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author** | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent** | 2014-05-10 12:48:08 UTC |
| **Deleted** | false |
| **Body** | Sluso sam ovo akhi jazakAllahkhire |

| | |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-10 12:51:37 UTC |
| **Deleted** | false |
| **Body** | AMIN WE IJJAKE VOLI TE TVOJ BRADER U IME ALLAHA ALLAHU EKBER POZELIO SAM VAS |

| | |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-10 12:51:56 UTC |
| **Deleted** | false |
| **Body** | ALLAHU EKBER |

| | |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114)<br>Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-10 12:51:56 UTC |
| **Deleted** | false |
| **Body** | EVO SUZE MI UDARISE |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author** | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent** | 2014-05-10 12:54:05 UTC |
| **Deleted** | false |
| **Body** | I ja te moj brate Allaha molim da postimo ovaj mjesec zajedno i da zajedno docekamo Baram insAllah. 6-20 idem zabosnu ako Allah da i otamo cu povesti par lavova insAllah |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author** | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent** | 2014-05-10 12:55:39 UTC |
| **Deleted** | false |
| **Body** | Allahu Ekber akhi moj nemas pojma jedva cekam dvadeseti da sjedem na avion insAllah |

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:55:45 UTC
**Deleted** false
**Body** IN SHA ALLAH MOLIM ALLAHA STALNO DOVIM DA NAS SPOJI AMIN

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 12:56:14 UTC
**Deleted** false
**Body** Amin I ja isto akhi moj

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 12:58:01 UTC
**Deleted** false
**Body** hocesmoj hoces moci doci pomene u tursku ilicemo se tamo vidjeti

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:59:41 UTC
**Deleted** false
**Body** AKO BUDEM MOGO DOCU JA AKO BUDEM ZAUZET DOCE BRACA NASA NISTA NE BRINI AKHI !!!!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:00:27 UTC
**Deleted** false
**Body**
**Attachments** 10325181_1406891602925371_887731698743439964_n.jpg (1406891652925366)
  **Type** image/jpeg
  **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=f16e0fc64317ae494bc61d7e19b66124&mid=mid.1399726828090%3A11c62d6a46da6cfb13&uid=100002647935197&accid=100002647935197&preview=0&hash=AQBX5AtQ8JhyIG4-JxWfMr9g847OD0dYzD09-b9WMF3z_Q



**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:01:40 UTC
**Deleted** false
**Body** ALLAHU EKBERRR INSALLAH AKHI MOJ JEDVA CEKAM DASE SUSRETNEM SA NEPRIJATELJIMA WALLAHI

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:03:41 UTC
**Deleted** false
**Body** AMIN ALLAHU EKBER LAVE , I JA SAM PUSTIO KOSU

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:04:12 UTC
**Deleted** false
**Body** ALLAHA MOLIM DA SVOJE MISICE ISTROSIM NA ALLAHOVU PUTU
**Attachments** 10170977_1406892302925301_1703819502636274401_n.jpg (1406892482925283)
**Type** image/jpeg
**URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=b5479430aa8ca245cca4220df48c0f03&mid=mid.1399727052646%3A6b4d211c298effe804&uid=100002647935197&accid=100002647935197&preview=0&hash=AQC9Lq3u0ZUzfsHVIOPvvuKkxfpu7W3-4r8B87q_qFsF0w



**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:04:19 UTC
**Deleted** false
**Body** JESI VIDIO SLIKE STO SMO IH SE NAUBIJALI SAD U ZADNJIM AKCIJAMA

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:04:37 UTC
**Deleted** false
**Body** AMIN AMIN

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:04:39 UTC
**Deleted** false
**Body** JESAM ALLAHU EKBER

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:05:01 UTC
**Deleted** false
**Body** POVEDI I SULEJMANA !!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:05:25 UTC
**Deleted** false
**Body** HOCU INSALLAH

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:08:38 UTC
**Deleted** false
**Body** InsAllah ce ici i jedan brat sa puno iskusnosti

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:09:41 UTC
**Deleted** false
**Body** IN SHA ALLAH

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 14:32:18 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 16:29:35 UTC
**Deleted** false
**Body** Nedami da pogledam video moras mi reci website i kako se video zove

|              |                                                         |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
|              | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author**   | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent**     | 2014-05-12 16:18:12 UTC |
| **Deleted**  | false |
| **Body**     | Ako zarobis nesto ovako ostavi braderu svom. |
| **Attachments** | 10154209_1407948642819667_3560532787869668943_n.jpg (1407952282819303) |
| **Type**     | image/jpeg |
| **URL**      | https://attachment.fbsbx.com/messaging_attachment.php?aid=3ef600f3865d2c19b402e62938532add&mid=mid.1399911492602%3Af6536a491a33ba5b31&uid=100002647935197&accid=100002647935197&preview=0&hash=AQAcDRcc0bHJr7KBh6v5K5zq1Q0-X6UFJtaQQl_JTtJ26w |



| | |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114) |
|              | Abdullah Ramo Mudzahid (100002647935197) |
| **Author**   | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent**     | 2014-05-13 09:29:36 UTC |
| **Deleted**  | false |
| **Body**     | in sha Allah, zarobili smo svasta ALLAH JE DAO MI VISE OD TOGA ELLHAMDU LILLAH |

| | |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
|              | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author**   | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent**     | 2014-05-13 15:44:00 UTC |
| **Deleted**  | false |

|              |                                                              |
|-------------:|:-------------------------------------------------------------|
| **Body**     | Ellhamdulilla akhi moj                                       |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author**   | Yahya AbuAyesha Mudzahid (100008136342114)                   |
| **Sent**     | 2014-05-19 16:40:13 UTC                                      |
| **Deleted**  | false                                                        |
| **Body**     | Esselamu Alejkum moj dragi brate. Imam losi vjesti ali khire insAllah. Pa ja imam let 7-20-2014 a ne 6-20-2014 pogresno sam razumio ovog brata sto mi je uzimo kartu. Zamoli Allaha dame osaburi i dami |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author**   | Yahya AbuAyesha Mudzahid (100008136342114)                   |
| **Sent**     | 2014-05-19 16:40:21 UTC                                      |
| **Deleted**  | false                                                        |
| **Body**     | otvori put.                                                  |
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197)<br>Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author**   | Yahya AbuAyesha Mudzahid (100008136342114)                   |
| **Sent**     | 2014-05-19 16:41:58 UTC                                      |
| **Deleted**  | false                                                        |
| **Body**     | Volite tvoj brat Jahija u ime Allaha DZ.S.                   |
| **Attachments** | 10369118_1411170599164138_1970388193707357735_n.jpg (1411170839164114) |
| **Type**     | image/jpeg                                                   |
| **URL**      | https://attachment.fbsbx.com/messaging_attachment.php?aid=6d94f7f8edf91772b85cc99b5a165cb9&mid=mid.1400517718396%3A2b66edc25edc4be791&uid=100002647935197&accid=100002647935197&preview=0&hash=AQCPIMRWfXxO6I9C4fzRsuiq3uKxTDXHMSTuy5Y_dZjpsg |

Facebook Business Record                                              Page 3863



|  |  |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114) |
|  | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-20 14:55:45 UTC |
| **Deleted** | false |
| **Body** | MA SHA ALLAH AKHI MOJ, DOVI TVOJ BRADER ZA TEBE , ZAVOLIO TE ONAJ U CIJE ME IME VOLIS AKHI MOJ, VOLIM I JA TEBE |

|  |  |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114) |
|  | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-20 15:25:31 UTC |
| **Deleted** | false |
| **Body** |  |

|  |  |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
|  | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author** | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent** | 2014-05-20 16:13:43 UTC |
| **Deleted** | false |
| **Body** | JZKH |

|  |  |
|---|---|
| **Recipients** | Yahya AbuAyesha Mudzahid (100008136342114) |
|  | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-05-20 17:17:55 UTC |
| **Deleted** | false |
| **Body** | SHAM ZOVE VIKAJUCI AAAAAAAAAAAAAAAAAAAAAAAAAAAAA |

|  |  |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
|  | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Author** | Yahya AbuAyesha Mudzahid (100008136342114) |
| **Sent** | 2014-05-20 18:01:34 UTC |
| **Deleted** | false |
| **Body** | LABAIDE ISLAMI LABAIK LABAIKE KURANI LABAIK |
|  | INSALLAH |

(mid.1394998785280:e3a8a6491f5fecb455)

|  |  |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
|  | Sanel Hadzic (100007824133032) |
| **Author** | Sanel Hadzic (100007824133032) |
| **Sent** | 2014-03-16 19:39:45 UTC |
| **Deleted** | false |
| **Body** | Esselamu alejkum barte... Allah te nagradio za trud i borbu na Njegovom putu. Pored toga sto se boris i nesebicno zrtvujes svoj zivot za Allahovu vjeru, vidim da imas vremena da kroz postove utices na omladinu da se odazove dzihadu... Allah te pomogao i cuvao... Amin... Molim Allaha da se vratis ziv i da pomognes u obuci nase brace u Bosni i na Balkanu kad se i tamo otvori front jednog dana... in sha Allah... |

|  |  |
|---|---|
| **Recipients** | Sanel Hadzic (100007824133032) |
|  | Abdullah Ramo Mudzahid (100002647935197) |
| **Author** | Abdullah Ramo Mudzahid (100002647935197) |
| **Sent** | 2014-03-17 10:21:24 UTC |
| **Deleted** | false |
| **Body** | Alejkumu selam amin we ijjake |

|  |  |
|---|---|
| **Recipients** | Abdullah Ramo Mudzahid (100002647935197) |
|  | Sanel Hadzic (100007824133032) |
| **Author** | Sanel Hadzic (100007824133032) |