**Facebook Business Record**          Page 3855

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:51:37 UTC
**Deleted** false
**Body** AMEN, AND YOU TOO. YOUR BROTHER LOVES YOU IN THE NAME OF ALLAH. ALLAH IS GREAT! I MISS YOU.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:51:56 UTC
**Deleted** false
**Body** ALLAH IS GREAT.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:51:56 UTC
**Deleted** false
**Body** TEARS ARE HITTING ME.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 12:54:05 UTC
**Deleted** false
**Body** You too, my brother. I am praying to Allah for us to fast together this month and to welcome in Eid together, God willing. I am going to Bosnia on 6-20, if Allah wills it, and I will bring a few lions from there, God willing.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 12:55:39 UTC
**Deleted** false
**Body** Allah is great, my brother. You have no idea. I cannot wait for the 20th so that I can get on the plane, God willing.


GOVERNMENT EXHIBIT 2A

**Facebook Business Record**          Page 3856

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:55:45 UTC
**Deleted** false
**Body** GOD WILLING, I PRAY TO ALLAH. I AM CONSTANTLY PRAYING THAT HE BRING US TOGETHER. AMEN.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 12:56:14 UTC
**Deleted** false
**Body** Amen, me too my brother.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 12:58:01 UTC
**Deleted** false
**Body** Do you want my, will you be able to come pick me up in Turkey or will we see each other there?

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 12:59:41 UTC
**Deleted** false
**Body** I WILL COME IF I CAN. IF I AM BUSY, OUR BROTHERS WILL COME. DO NOT WORRY ABOUT ANYTHING, BROTHER!!!!!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:00:27 UTC
**Deleted** false
**Body**
**Attachments** 10325181_1406891602925371_887731698743439964_n.jpg (1406891652925366)
    **Type** image/jpeg
    **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=f16e0fc64317ae494bc61d7e19b66124&mid=mid.1399726828090%3A11c62d6a46da6cfb13&uid=100002647935197&accid=100002647935197&preview=0&hash=AQBX5AtQ8JhyIG4-JxWfMr9g847OD0dYzD09-b9WMF3z_Q



**Facebook Business Record**        **Page 3858**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:01:40 UTC
**Deleted** false
**Body** ALLAH IS GREAT. GOD WILLING, MY BROTHER, I CANNOT WAIT TO ENCOUNTER ENEMIES, I SWEAR TO ALLAH.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:03:41 UTC
**Deleted** false
**Body** AMEN, ALLAH IS GREAT, LION. I LET MY HAIR GROW OUT TOO.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:04:12 UTC
**Deleted** false
**Body** I PRAY TO ALLAH FOR ME TO USE UP MY MUSCLES ON THE PATH OF ALLAH.
**Attachments** 10170977_1406892302925301_1703819502636274401_n.jpg (1406892482925283)
    **Type** image/jpeg
    **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=b5479430aa8ca245cca4220df48c0f03&mid=mid.1399727052646%3A6b4d211c298effe804&uid=100002647935197&accid=100002647935197&preview=



| Facebook Business Record | Page 3860 |
|---|---|

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:04:19 UTC
**Deleted** false
**Body** HAVE YOU SEEN THE PICTURES OF HOW MANY WE HAVE KILLED IN RECENT ACTIONS?

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:04:37 UTC
**Deleted** false
**Body** AMEN, AMEN.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:04:39 UTC
**Deleted** false
**Body** I DID, ALLAH IS GREAT.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:05:01 UTC
**Deleted** false
**Body** BRING SULEJMAN!!

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:05:25 UTC
**Deleted** false
**Body** I WILL, GOD WILLING.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 13:08:38 UTC
**Deleted** false
**Body** God willing, a brother with a lot of experience will also go.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 13:09:41 UTC

**Deleted** false
**Body** GOD WILLING.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-10 14:32:18 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-10 16:29:35 UTC
**Deleted** false
**Body** It will not let me watch the video. You have to tell me the website and the name of the video.

**Facebook Business Record**     Page 3861

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-12 16:18:12 UTC
**Deleted** false
**Body** If you seize something like this, leave it for your brother.
**Attachments** 10154209_1407948642819667_3560532787869668943_n.jpg (1407952282819303)
    **Type** image/jpeg
    **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=3ef
    600f3865d2c19b402e62938532add&mid=mid.1399911492602%3
    Af6536a491a33ba5b31&uid=100002647935197&accid=10000264
    7935197&preview



**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-13 09:29:36 UTC
**Deleted** false

**Body** God willing, we have captured all kinds of things. ALLAH HAS GIVEN ME MORE THAN THAT, THANK GOD.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-13 15:44:00 UTC
**Deleted** false

**Facebook Business Record**        Page 3862

**Body** Thank God, my brother.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-19 16:40:13 UTC
**Deleted** false
**Body** May peace be upon you, my dear brother. I have bad news, but it is good, God willing. So I have a flight on 7-20-2014 and not on 6-20-2014. I misunderstood this brother that purchased the ticket for me. Pray that Allah gives me patience and to

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-19 16:40:21 UTC
**Deleted** false
**Body** open a path for me.

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-19 16:41:58 UTC
**Deleted** false
**Body** Brother Jahija loves you in the name of Allah, the exalted.
**Attachments** 10369118_1411170599164138_1970388193707357735_n.jpg (1411170839164114)
    **Type** image/jpeg
    **URL** https://attachment.fbsbx.com/messaging_attachment.php?aid=6d9
    4f7f8edf91772b85cc99b5a165cb9&mid=mid.1400517718396%3A
    2b66edc25edc4be791&uid=100002647935197&accid=100002647
    935197&preview=0&hash=AQCPIMRWfXxO6I9C4fzRsuiq3uKxTDXH
    MSTuy5Y_dZjpsg



Facebook Business Record — Page 3863

**Facebook Business Record**                                      **Page 3864**

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 14:55:45 UTC
**Deleted** false
**Body** WHAT ALLAH WANTS, MY BROTHER. YOUR BROTHER IS PRAYING FOR YOU. MAY HE, IN WHOSE NAME YOU LOVE, FALL IN LOVE WITH YOU MY BROTHER. I LOVE YOU TOO.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 15:25:31 UTC
**Deleted** false
**Body**

**Recipients** Abdullah Ramo Mudzahid (100002647935197)
Yahya AbuAyesha Mudzahid (100008136342114)
**Author** Yahya AbuAyesha Mudzahid (100008136342114)
**Sent** 2014-05-20 16:13:43 UTC
**Deleted** false
**Body** MAY YOU BENEFIT FROM ALLAH'S BLESSINGS.

**Recipients** Yahya AbuAyesha Mudzahid (100008136342114)
Abdullah Ramo Mudzahid (100002647935197)
**Author** Abdullah Ramo Mudzahid (100002647935197)
**Sent** 2014-05-20 17:17:55 UTC
**Deleted** false
**Body** SHAM IS CALLING, SAYING AAAAAAAAAAAAAAAAAAAAAAAAAAAA.