IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:15 CR 49 CDP |
| | ) | (DDN) |
| RAMIZ HODZIC, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION BY DEFENDANTS HODZIC AND ROSIC FOR LEAVE TO FILE THEIR SUPPLEMENTAL MOTION OF DEFENDANTS HODZIC AND ROSIC TO DISMISS THE INDICTMENT UNDER THE DOCTRINE OF COMBATANT IMMUNITY AND MEMORANDUM IN SUPPORT OF THAT MOTION

Defendants Ramiz Hodzic and Nihad Rosic through their attorneys, Assistant Federal Public Defender Diane L. Dragan and Attorney JoAnn Trog, move for leave to file a Supplemental Motion and Supporting Memorandum to Dismiss the Indictment on grounds of Combatant Immunity. In support of this motion they state:

1. In its June 29, 2017 Second Amended Scheduling Order Regarding Affirmative Defense, the Court set July 21, 2017, as the deadline for filing Defendant's memorandum as an affirmative defense.

2. Defendants' Joint Motion to Dismiss Counts One and Three does not address Count Two, which charges only Defendants Hodzic and Rosic. This limitation in the Joint Motion necessitated a Supplemental Motion.

3.  In conversation with Assistant United States Attorney Matthew Drake, counsel for Hodzic and Rosic learned that the government does not object to the out of time filing of a supplemental motion.

WHEREFORE, Defendants Hodzic and Rosic respectfully request that the Court grant them leave to file their Supplemental Motion and Supporting Memorandum.

Dated July 24, 2017.

Respectfully submitted,

/s/Diane L. Dragan
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Diane_Dragan@fd.org

/s/ JoAnn Trog
121 West Adams Avenue
St. Louis, Missouri 63122
Telephone: (314) 821-1111
Fax: (314) 821-9798
E-mail: jtrogmwb@aol.com


Attorneys for Defendant Hodzic and Rosic

# CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2017, October 30, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Matthew Drake.

      /s/Diane L. Dragan