UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 2/6/18     **Judge** David D. Noce     **Case No.** 4:15-cr-00049-CDP-DDN

**UNITED STATES OF AMERICA** v. Hodzic et al (counsel only present)

Court Reporter: FTR GOLD     Deputy Clerk: KStamm

Assistant United States Attorney(s): Matthew Drake   Josh Champagne

Attorney(s) for Defendant(s): Diane Dragan, Paul D'Agrosa, JoAnn Trog, J. Christian Goeke, Charles Swift, Kim Fretter

Interpreter: ☐ **SEALED PROCEEDING**

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☐ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3)Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☒ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

Parties present for status conference.  Unable to reach Attorney Andrea Gambino, message was left.

Attorney Paul D'Agrosa's motion to withdraw [418] granted; attorney Kim Fretter is appointed, CJA Order to follow.

Discussions held regarding Joint Motion [415] for legal & evidentiary hearing.  Scheduling Order to issue regarding proposed stipulations of facts ddls.

- ☐ Oral Motion for appointment of counsel (GRANTED)
- ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☐ Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  - ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
- ☐ Government filed motion for pretrial detention.  Detention hearing scheduled for ___ Before ___
- ☐ Preliminary Revocation   ☐ Preliminary Examination set for ___ Before ___
- ☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
  - Plea entered: Not Guilty     Order on pretrial motions:  ☐ issued  ☐ to issue
  - ☐ Written Motion for Extension of Time to File Pretrial Motions
  - ☐ Oral Motion for Suppression
  - ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
- ☐ Defendant waives _____   ☐ order to issue   ☐ oral ruling
- ☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time ___ Before ___

Final Supervised Release Revocation Hearing set for ___ Before ___

☐ Remanded to custody    ☐ Released on bond

Next hearing date/time ___   Type of hearing ___   Before ___

Proceeding commenced 10:16   Proceeding concluded 11:06   Continued to ___