UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) No.  4:15 CR 0049 CDP (DDN) |
| **NIHAD ROSIC,** | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT ROSIC'S WAIVER OF FILING ADDITIONAL PRETRIAL MOTIONS

Comes now Defendant NIHAD ROSIC, by and through counsel, and for his Waiver of Filing Additional Pretrial Motions, states as follows:

1. The discovery regarding Defendant has been received and reviewed by Defendant and undersigned Counsel;

2. Defendant has filed Motions to Dismiss, all of which have been denied;

3. There are no other issues that Defendant wishes to raise by way of "Traditional" Pretrial Motions;

4. That undersigned counsel has personally discussed this matter with the Defendant; and

5. Defendant agrees and concurs in the decision not to raise any other issues by way of "Traditional" Pretrial Motions.

Respectfully submitted,


/S/ *JoANN TROG*
JoANN TROG            42725MO
Attorney for Defendant Rosic
121 West Adams Avenue
St. Louis, Missouri 63122
Telephone:  (314) 821-1111
Facsimile:  (314) 821-9798
E-Mail:     Jtrogmwb@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Matthew Drake, Howard J. Marcus, Kenneth R. Tihen, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri and Joshua D. Champagne, Trial Attorney for the Department of Justice, National Security Division, Counterterrorism Section, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

/S/ *JoANN TROG*