# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No.  4:15 CR 00049 CDP (DDN) |
| NIHAD ROSIC, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR CONTINUANCE
## OF STATUS HEARING OF SEPTEMBER 19, 2019

Comes now Defendant NIHAD ROSIC, by and through his attorney JoAnn Trog, and for his Motion for Continuance of Status Hearing of September 19, 2019, states as follows:

1.	On April 5, 2019, Defendant filed his Motion for Disclosure of Exculpatory Evidence Under the Classified Information Procedures Act (Doc. 517).

2.	A Status Hearing was held by this Court on May 15, 2019, regarding the Defendant's Motion at which time the said Motion was TERMED and another Status Conference was set by this Court for July 24, 2019 (Doc. 545) which, at the request of Defendant, was continued to August 14, 2019 (Doc. 603) which was subsequently continued to September 19, 2019 (Doc. 628).

3.	During the Status Hearing of May 15, 2019, there was discussion between the parties that it would be best to continue the aforesaid Hearing until after such time as Co-Defendant Ramiz Zijad Hodzic was sentenced, which has now been continued to October

21, 2019 (Doc. 644).

4. The ultimate sentence of Co-Defendant Hodzic will significantly affect the status of Defendant Rosic's previously-filed Motion and, as a result, Defendant Rosic would ask for a continuance of the Status Conference until after the sentencing of Co-Defendant Hodzic on October 21, 2019, or as otherwise continued by Judge Perry.

5. Undersigned Counsel believes that in light of the circumstances, the request for a continuance of the Status Conference is not prejudicial to any party and that the ends of justice would be best served by the granting of this continuance.

6. Undersigned Counsel has left a message with Matthew Drake, Assistant U.S. Attorney, as to the filing of the instant Motion.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that this Honorable Court continue the Status Conference in this case, presently set for September 19, 2019, to a time after the sentencing of Co-Defendant Hodzic, which is now scheduled for October 21, 2019, and for such other and further Orders as the Court deems appropriate in the premises.

Respectfully submitted,

/S/ *JoANN TROG*
JoANN TROG            42725MO
Attorney for Defendant Nihad Rosic
121 West Adams Avenue
St. Louis, Missouri 63122
Telephone:  (314) 821-1111
Facsimile:  (314) 821-9798
E-Mail:      Jtrogmwb@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Matthew Drake, Howard J. Marcus, Kenneth R. Tihen, Assistant United States Attorneys, 111 South 10th Street, 20th Floor, St. Louis, Missouri and Joshua D. Champagne, Trial Attorney for the Department of Justice, National Security Division, Counterterrorism Section, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530.

/S/ *JoANN TROG*