**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | )   **4:15 CR 00049 CDP** |
| **NIHAD ROSIC,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR LEAVE OF COURT TO FILE
## SENTENCING MEMORANDUM UNDER SEAL OF COURT

Comes now Defendant NIHAD ROSIC, by and through his attorney of record, JoAnn Trog, and for his Motion for Leave to File Sentencing Memorandum Under Seal of Court for the reason that the information contained in the aforesaid Sentencing Memorandum is confidential.

WHEREFORE, for the foregoing reasons, Defendant Rosic prays that this Court grant him Leave to File his Sentencing Memorandum Under Seal of Court, and for such other and further Orders as the Court deems proper in the premises.

Respectfully Submitted,

*/s/  JoANN TROG*
JoAnn Trog                         42725MO
Attorney for Nihad Rosic
121 West Adams Avenue
Saint Louis, Missouri 63122
Telephone:    (314) 821-1111
Facsimile:    (314) 821-0798
E-mail:       jtrogmwb@aol.com

**CERTIFICATE OF SERVICE**

    Signature of the foregoing document is also certification that a true and correct copy has been filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon Matthew Drake, Assistant United States Attorney, 111 South 10th Street, 20th Floor, Saint Louis, Missouri 63102 on June 30, 2020.

    /s/  ***JoAnn Trog***