RECEIVED

JUL 0 9 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,  )
                           )
         Plaintiff,        )
                           )
    vs.                    )    Case No. 4:15CR0049-003-CDP
*Nihad Rosic*              )
                           )
                           )
                           )
         Defendant.        )

## MOTION FOR EARLY TERMINATION OF PROBATION OR SUPERVISED RELEASE TERM

I, *Nihad Rosic*, request that my term of probation or supervised release be terminated early for the following reasons: *Over the road truck driver, my children live in NY state, Thank You!*

*(Attach additional sheets of paper, if necessary, as well as any exhibits you wish to file)*

07/09/2025
Date

*Rosic Nihad*
(Signature of Defendant)

(Address)
*9921 Bunker Hill dr. apt.H St. Louis MO, 63123*

A true copy of this Motion will be filed with the Court's electronic filing system by U.S. District Court personnel and served upon counsel of record and the Probation Officer electronically.